CRAIG H. MISSAKIAN (CABN 125202)
United States Attorney
PAMELA T. JOHANN (CABN 145558)
Chief, Civil Division
KELSEY J. HELLAND (CABN 298888)
Assistant United States Attorney

    450 Golden Gate Avenue, Box 36055
    San Francisco, California 94102-3495
    Telephone: (415) 436-6488
    FAX: (415) 436-6748
    kelsey.helland@usdoj.gov

*Attorneys for Respondents*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| AROLDO RODRIGUEZ DIAZ,<br><br>    Petitioner,<br><br>v.<br><br>POLLY KAISER, et al.,<br><br>    Respondents. | Case No. 3:25-cv-05071-TLT<br><br>**STIPULATION AND [PROPOSED] ORDER REGARDING BRIEFING ON THE MERITS OF PETITIONER'S HABEAS PETITION AND COMPLAINT FOR DECLARATORY AND INJUNCTIVE RELIEF** |

    Petitioner and Respondents (together, the "Parties") hereby stipulate as follows:

    1.    On June 30, 2025, Respondents filed a Response to Order to Show Cause, Opposition to Motion for Preliminary Injunction, and Return to Habeas Petition. Dkt. No. 15.

    2.    On July 18, 2025, Petitioner filed a "Reply in Support of Motion for Preliminary Injunction," Dkt. No. 26, as ordered by the Court, Dkt. No. 13 (setting briefing schedule on Petitioner's motion for a preliminary injunction); Dkt. 25 (granting Petitioner an additional seven days in which to file a reply in support of the motion for a preliminary injunction).

    3.    Pursuant to the Habeas Corpus Local Rules, an answer to a petition is due within 60 days after service of a noncapital petition, after the Court orders a response to the petition. The petitioner may serve and file a traverse within 30 days after the respondent has filed an answer. Habeas Corpus

Local Rules 2254-6(b).

4. Under Federal Rule of Civil Procedure 65(a)(2), the Court may consolidate consideration of a motion for a preliminary injunction with the consideration of the merits of an action. "Consolidation is generally appropriate when it would (1) result in an expedited resolution of the case; (2) conserve judicial resources and avoid duplicative proceedings; (3) involves only legal issues based on uncontested evidence and public records; and (4) would not be prejudicial to any of the parties." *Thomas v. Zachry*, No. 17-cv-0219, 2017 WL 2174946, at *1 (D. Nev. May 17, 2017) (citing *University of Tex. v. Camenish*, 451 U.S. 390, 395 (1981); *NOW v. Operation Rescue*, 747 F. Supp. 760, 768 (D. D.C. 1990); and *Kickapoo Traditional Tribe of Tex. v. Chacon*, 46 F. Supp. 2d 644, 648–49 (W.D. Tex. 1999)).

5. The Court has not indicated whether it intends to consolidate consideration of the motion for preliminary injunction with the consideration of the merits of this action.

6. The Parties agree that Respondent's response to Petitioner's motion for preliminary injunction, Dkt. No. 15, should not be considered a return for purposes of triggering the traverse requirement of Habeas Corpus Rule 2254-6(c).

IT IS SO STIPULATED.

DATED: July 30, 2025

Respectfully submitted,

CRAIG H. MISSAKIAN
United States Attorney

 /s/ *Kelsey J. Helland*
KELSEY J. HELLAND
Assistant United States Attorney

*Attorneys for Respondents*

/s/ *JOHNNY SINODIS**
JOHNNY SINODIS
VAN DER HOUT LLP

*Attorney for Petitioner*

STIPULATION AND [PROPOSED] ORDER REGARDING HABEAS PETITION MERITS BRIEFING
Case No: 3:25-cv-05071-TLT

2

1  *In compliance with Civil Local Rule 5-1(i)(3), the filer of this document attests under penalty of
2  perjury that all signatories have concurred in the filing of this document.*

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

STIPULATION AND [PROPOSED] ORDER REGARDING HABEAS PETITION MERITS BRIEFING
Case No: 3:25-cv-05071-TLT

**~~[PROPOSED]~~ ORDER**

Pursuant to the stipulation of the Parties, IT IS SO ORDERED.

Dated: August 18, 2025

_____
HON. TRINA L. THOMPSON
UNITED STATES DISTRICT JUDGE