UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Rodriguez Diaz<br><br>    Plaintiff,<br><br>  v.<br><br>Kaiser<br><br>    Defendant. | Case No. 25-cv-05071-TLT<br><br>**CASE MANAGEMENT AND SCHEDULING ORDER**<br><br>Re: ECF 28 |

Pursuant to Federal Rule of Civil Procedure 16 and Civil Local Rule 16-10, **THE FOLLOWING DEADLINES ARE HEREBY ORDERED**:

1. <u>DISPOSITIVE MOTION HEARING</u>:         January 20, 2026, 2:00 p.m.
2. <u>DISPOSITIVE MOTION REPLY</u>:            January 6, 2026
3. <u>DISPOSITIVE MOTION OPPOSITION:</u>      December 30, 2025
4. <u>DISPOSITIVE MOTION DUE:</u>             December 9, 2025
5. <u>FURTHER STATUS CONFERENCE:</u>          October 30, 2025, 2:00 p.m.
6. <u>LAST DAY TO AMEND PLEADING:</u>         October 23, 2025
7. <u>ADR:</u>                                [Settlement Conference with MJ, upon request]
8. <u>MOTION FOR PRELIMINARY INJUNCTION HEARING:</u>  September 9, 2025, 2:00 p.m.
9. <u>NOTICE OF RELATED CASES:</u>            September 9, 2025

**IT IS FURTHER ORDERED** that parties and counsel refer to and comply with Judge Thompson's Civil Standing Order and Civil Pretrial and Jury Trial Standing Order or Civil Pretrial and Bench Trial Standing Order located on the court's website (https://cand.uscourts.gov/trina-l-thompson/).

**SCHEDULING ORDER MODIFICATIONS**

No provision of this order may be changed except by written order of this Court upon its own motion or upon motion of one or more parties made pursuant to Civil Local Rule 7-11 with a showing of good cause. Parties may file a formal brief, but a letter brief will suffice. The requesting party shall serve the opposing party on the same day the motion is filed and the opposing party shall submit a response as soon as possible but no later than four days after service.

If the modification sought is an extension of a deadline contained herein, the motion must be brought at least seven (7) days before expiration of that deadline. **The parties may not modify the pretrial schedule by stipulation**. A conflict with a court date set after the date of this order does not constitute good cause. The parties are advised that if they stipulate to a change in the discovery schedule, they do so at their own risk. The only discovery schedule that the Court will enforce is the one set in this order.

**DISCOVERY DISPUTES**

Requests, if needed, for the Certified Administrative Records must be requested pursuant to an Administrative Motion. *See* Civil Local Rules 6-3, 7-11, and 16-5.

**NOTICE OF RELATED CASES**

Plaintiff is also ordered to provide the Court with notice of any related cases that are pending in federal court no later than September 9, 2025.

**IT IS SO ORDERED.**

Dated: August 18, 2025

June 14, 2028

_____
TRINA L. THOMPSON
United States District Judge